No. 71–1430.  SEAMAN, DBA LES'S ROLLER RINK ET AL. v. EVANS.  C. A. 5th Cir.  Certiorari denied.

No. 71–1443.  CALIFORNIA DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT ET AL. v. CROW ET AL.  Petition for certiorari before judgment to C. A. 9th Cir. Certiorari denied.

No. 71–1444.  BLUM v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 71–1446.  HUTTER ET AL. v. DOOR COUNTY, WISCONSIN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 71–1449.  GOLDEN ET AL. v. THE SHEARMAN ET AL. C. A. 4th Cir.  Certiorari denied.

No. 71–1450.  POFF v. DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–1454.  BRENNAN ET AL. v. HAINES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 71–1461.  CADOUX v. PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTON.  Sup. Ct. Conn. Certiorari denied.

No. 71–1550.  McFERRIN v. LUBBOCK NATIONAL BANK. C. A. 5th Cir.  Certiorari denied.

No. 71–5737.  REYNOLDS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5881.  MOLTER v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.